

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK WHITICAR<br>Plaintiff (s)<br><br>V.<br><br>The City of New Orleans<br>Police Department<br>7th District, 6th District and 8th District<br>Defendants | CIVIL ACTION<br><br>No. **19-10355**<br>**SECT.E MAG.3**<br>Section ____ Mag ____ |

# COMPLAINT

    Plaintiff, MARK WHITICAR, is of full age and domiciled in the Parish of Orleans, State of Louisiana, appearing pro se, with clean hands, without counsel, who has not been formally or otherwise instructed in Law, humbly suggest to this Honorable Court the following, to wit:

I

Plaintiff MARK WHITICAR has a daughter named Rina Elaine Whiticar, she is documented with a Bi Polar Disorder and former drug abuser who had just relocated back to New Orleans after leaving 3 days before Hurricane Katrina hit New Orleans. She lived in Oklahoma for 10 years with her Mother Loretta, daughter Cherish and my 2 Sons Mark Jr. and Joshua. Her mother's Mom got sick and they all moved back to New Orleans in 2017 to take care of her grandmother, Ms. Elaine.

✓ Fee _____
__ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

II

Upon arriving back to New Orleans, Rina began to hang with old friends and she started using Drugs again and staying on the streets. She moved out of her grandmothers home and lived with a friend in Chalmette. My son told me she told him she was living in her friends car. I sought help at the New Orleans Adult Services program on Poydras Street, and went to the Social Security office after calling the Social Security National Hotline to get her a Payee appointed to manage her monthly Benefit Check she recived for the Bi Polar she is documented to suffer from. The Social Secirity office in New Orleans refused to appoint her a Payee, therefore plan B was to get her arrested and forced into Mental Health services and drug treatment.

III

On or about July 5, 2018 my daughter had abused my granddaughter
Cherish to the point that my grand daughter threatned Sucide. She was
admitted in Children's hospital and treated for 3 days. I contacted the 7th
District Police station and made a complaint. Officer April went to the
resident on where my daughter, her mother, my grand daughter were staying in New Orleans East. She informed me that she spoke to Rina, but there was no arrest made. (Plaintiff has proof of phone calls to the police)

IV

The very next week my grand daughter threatned Sucide with pills on 2 more occasins. I usually take matters in my own hands, but I trusted the Police to at least put out a Warrant for Rina's arrest for Child Abuse, but officer April never did. Which would have gotten my daughter the help she needed and off the

streets. Rina then left from New Orleans East and she talked my Son Mark into allowing her to live with him. Not wanting his sister to be on the streets. He allowed her and her drug addict new boyfriend to stay with him. My Son discovered that Rina and her boyfriend goes on
Frenchmen Street in the 8th District everyday to get the Tourist to give them money for drugs. I called the 6th District to get them to arrest my daughter for abusing my grand daughter and making her attempt Sucide 3 times. They didn't follow through or pursue her in any way until Rina broke 2 big double inslulated window panes and unlawfully entered my Son's into my Son's apartment while he wasn't home and took some of his money. I called and got no answer, so I went to the 6th District police station on several occasins until the desk officer got tired of me and wrote out a police report with an item number on it, but there still was no Warrant for her arrest for destruction of my Son's property and theft of his money. He knew it was Rina because only her back pack was missing and she was already seen hopping his fence to sit on his steps while waiting for him to return home when she stayed with him.

V

After this second incident in the 3rd Ward at my Son's home on St. Andrews Street. I called the 8th District to arrest her when she was on
Frenchmen Street her daily location only 8 blocks from the 8th District. My residence is 1922 St. Claude Ave in the 8th District. A friend of mine took sick and I stayed by her apartment to assist her in her recovery, so I left home on St. Claude Ave for a couple of weeks but I came home and picked up my mail everyday and walk around my home to see if there was evidence of Rina climbing my fence and illegally coming on the property to

use drugs and sleep. I did see evidence of her being on the property. I called the 8th District every day, talked to officers on the streets and told them about my daughter incidents in the 7th District and 6th District. I still
didn't know that they never put out a Warrant for her arrest and they see her everyday on Frenchmen Street as I told them of her whereabouts.

VI

After seeing evidence that my daughter was illegally climbing the 7ft. Fence to the property. I gave my neighbors my phone number and told them to call the police if they saw my daughter on the property. The next day they confirmed that they saw my daughter and her boyfriend on the property. 2 days later on July 29th my neighbor had seen my daughter on the property and they called the police. The same officer who had gave me the incident report had just arrived earlier and caught my daughter climbing back over the fence from the property and as she was being guestioned about her tresspassing on the property. She was released and as soon as she got 50 ft away from the home the fire flash burned after it was smothering awhile, I had an inventory of Tuxedos stacked 5 ft high that I had gotten from a friend of mine who shut down his Dry Cleaners and started a Bed and Breakfast. She had lit the Tuxedo on fire and it took a few minutes to turn into a big blaze. The officer with the signal number 52F had just caught her existing my home by climbing back over the fence as the patrol car had just pulled up to answer the call from my neighbor of seeing my daughter on my property illegally. My home was fire damaged 2 weeks before my nefew was closing the sell to purchase the proprty from me. We had just appraised the property and the fire caused an additional cost of $25,000.00 dollars more was added to the renovation.

### VII

Plaintiff is on a set income of $770.00 montly and he still lives in his home because he has no other place to go. The fire literally burned every other part of the Plaintiff's home except his front lower apartment. Plaintiff is arranging to get a Temporary Electric pole installed on hios home and return back to his resident because it cost to much to rent in New Orleans.

### VIII

Because of the Lack of the 7th, 6th, and 8th District Pollice department not doing the most reason duty of at least putting a Warrant for my daughters arrest for the other incidents with my granddaughter and Son's proprty. I charge the City of New Orleans and the 7th District, 6th District and 8th District Police Precincts with Negligence in not doing their Duty of arresting my daughter and allowing her to come from New Orleans East, Uptown and Downtown to set my home on Fire. By these Police Departments not putting out arrest Warrants and just going on Frenchmen Street to pick her up right now. I have lost my home, personal property, peace of mind, and belief that American Citizens can enjoy Domestic Tranquility, Safety and get the service that my Tax dollars pay the New Orleans Police Department every year to render due dilligence of duty to Protect and Serve.

### VIV

Plaintiff re-allege and incorporate by reference herein all the allegations contained in paragraphs 1 - 8 above.

### X

That on or about July 29, 2018 the Defendants by and through their Officers, and Districts breached the applicable standard of Protection and Service

owed to the Plaintiff MARK WHITICAR a Tax paying Citizen of the City of New Orleans. Directly caused the Fire and damage to his home by his daughter who the 7th, 6th, and 8th District Police stations, allowed to go free without putting a Warrant for her arrest for all these crimes. When she is still seen in public everyday in the French Quarters as she has been for the last 9 months 8 blocks away from the 8th District on Frenchmen Street collectingh money for drugs as I have notified them of her where abouts.

XI

That as a direct result of Negligence and Breach of the applicable standard of Law Enforcement Service of Protection to Citizens of New Orleans.
The Defendant, by and through its Officers resulting in the destruction of his home, the Plaintiff sustained those damages as outlined in the
paragraphs above, to include but not limited to, mental anguish, emotional pain and suffering and loss of his home.

**WHEREFORE:** The Plaintiff, prays that after due proceedings there be judgement herein in favor of the Plaintiff MARK WHITICAR claim monetary damages against the Defendants in an amount of Twenty Five Thousand Dollars ($25,000.00) to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.

*[signature]* 5/13/19

MARK WHITICAR
1922 St. Claude Ave.
NewOrleans,La.70116
(504)251-7015